# Court of Appeals
# of the State of Georgia

ATLANTA,  December 01, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1729. KIMANI HEATH v. KEISA HEATH.**

The parties to this appeal, parents to a minor child, were divorced in 2006. In the divorce decree the trial court analyzed whether to award child support and determined not to award support to either party. The trial court later granted the mother's petition to modify the divorce decree's child support award to award her child support. In that order, the trial court also declined to modify a term of the divorce decree pertaining to decision-making authority over the child, declined to find the mother in contempt of certain terms of the decree pertaining to the father's visitation, and declined to award attorney fees to either party. The father appeals.

It appears that our Supreme Court may have jurisdiction over this appeal under the rule that the Supreme Court has "jurisdiction over a case involving an original claim for child support which arose in . . . a divorce . . . proceeding as well as actions for modification of alimony for support of a child, so long as the original award arose from a divorce . . . proceeding." *Parker v. Parker*, 293 Ga. 300, 301 (1) (745 SE2d 605) (2013) (citation and punctuation omitted). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 12/01/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*